NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES E. RICHARDSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7156

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2658, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 10-day extension of time, until February 10, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 07 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    L. Misha Preheim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 07 2012**

**JAN HORBALY**
**CLERK**